No. 75–562. ROSEBUD SIOUX TRIBE *v.* KNEIP, GOVERNOR OF SOUTH DAKOTA, ET AL. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–681. GRAYSON *v.* WENKE, JUDGE, ET AL.;

No. 75–5553. WILSON *v.* MULLOY, U. S. MAGISTRATE; and

No. 75–5654. JACKSON *v.* STANLEY, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 75–628. CRAIG ET AL. *v.* BOREN, GOVERNOR OF OKLAHOMA, ET AL. Appeal from D. C. W. D. Okla. Probable jurisdiction noted.

No. 75–679. INTERNAL REVENUE SERVICE *v.* FRUEHAUF CORP. ET AL. C. A. 6th Cir. Certiorari granted.

No. 75–552. KLEPPE, SECRETARY OF THE INTERIOR, ET AL. *v.* SIERRA CLUB ET AL.; and

No. 75–561. AMERICAN ELECTRIC POWER SYSTEM ET AL. *v.* SIERRA CLUB ET AL. C. A. D. C. Cir. Motion of American Public Power Assn. et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Application for stay of injunction entered by the United States Court of Appeals for the District of Columbia Circuit on January 3, 1975, and continued on June 16, 1975, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending final disposition of these cases. Reported below: 169 U. S. App. D. C. 20, 514 F. 2d 856.